# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3129
LT Case No. 2021-CF-003018-A

_____

MORRIS ELIOTT MOORE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Morris Eliott Moore, Tampa, pro se.

James Uthmeier, Attorney General, Tallahassee, and Samuel Perrone, Assistant Attorney General, Daytona Beach, for Appellee.


July 2, 2026


PER CURIAM.

    AFFIRMED.


MAKAR, SOUD, and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---